# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2024-2475
L.T. Case No. 1991-CF-002099-A
_____

JEFFREY E. OWEN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Jeffrey E. Owen, Mayo, pro se.

Ashley Moody, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.

December 3, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____